IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHUNLAI ZUO, ET AL.**                                                              **PLAINTIFFS**

VS.                             CASE NO. 4:07CV00949 JMM

**DEPARTMENT OF HOMELAND SECURITY, ET AL.**                    **DEFENDANTS**

### ORDER

Defendants' unopposed Motion to Dismiss as Moot is granted (4). The complaint in the above styled case is dismissed as moot and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED __5__ day of November, 2005.

_____
James M. Moody
United States District Judge